TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cv-07484-RGK(MARx) |
|         Plaintiff, | |
|            v. | NOTICE OF VOLUNTARY DISMISSAL |
| $154,600.00 IN U.S. CURRENCY, | |
|         Defendant. | |

NOTICE is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff United States of America voluntarily dismisses the above-captioned action.

Dated: March 10, 2022          TRACY L. WILKISON
                               United States Attorney
                               SCOTT M. GARRANGER
                               Assistant United states Attorney
                               Chief, Criminal Division


                                      /s/
                               VICTOR A. RODGERS
                               MAXWELL COLL
                               Assistant United States Attorneys
                               Asset Forfeiture Section

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA